ACCEPTED
12-14-00274-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/2/2015 4:53:56 PM
Pam Estes
CLERK

# PHILIP C. FLETCHER
### ATTORNEY AT LAW
#### 800 NORTH MALLARD
#### PALESTINE, TEXAS 75801
#### TELEPHONE (903) 731-4440
#### FACSIMILE (903) 731-4474

December 2, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

12/2/2015 4:53:56 PM

PAM ESTES
Clerk

Mrs. Cathy Lusk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas  75702

Re:    Brandon Williams v. The State of Texas, Appeal No. 12-14-00274-CR

Dear Mrs. Lusk:

In accordance with Rule 48.4, I certify that on November 24, 2015, I sent a copy of this Court's Opinion to Brandon Williams at his last known address. That letter also advised Brandon Williams of his right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68. The letter and opinion were mailed using certified mail, return receipt requested.

If you have any questions, please feel free to contact me.

Sincerely,

Philip C. Fletcher

PCF:jsh
Enclosures

# PHILIP C. FLETCHER

## ATTORNEY AT LAW
800 NORTH MALLARD
PALESTINE, TEXAS 75801
TELEPHONE (903) 731-4440
FACSIMILE (903) 731-4474

November 24, 2015

**CMRRR NO. 7002 2410 0004 1477 6786**

Mr. Brandon Williams
TDCJ No. 1378120
Gib Lewis Unit
777 FM 3497
Woodville, Texas 75990

Re:          Brandon Williams v. The State of Texas
Appeal Number:    12-14-00274-CR
Trial Number:    31599

Dear. Mr. Williams:

I received the opinion from the Twelfth Court of Appeals. Enclosed is a copy of that opinion and the judgment from that court. The Court of Appeals ruled against you in that they found that the statements that you made to the deputy at the scene of the arrest were admissible because they were not the product of a custodial interrogation given without Miranda warnings

The next level to your appeal would be to the Court of Criminal Appeals in Austin, Texas. The Court of Criminal Appeals is not required to hear appeals, unlike the Twelfth Court of Appeals. The Court of Criminal Appeals has discretionary review authority in criminal cases. Should you decide to proceed to the next level of appeal in your case, therefore, you would need to file a Petition for Discretionary Review (PDR) within thirty days of the date of the opinion of the Twelfth Court of Appeals pursuant to Texas Rule of Appellate Procedure 68. I am including Section Five of the Texas Rules of Appellate Procedure, Rules 66-79, for your convenience. The date of the opinion was November 18, 2015, so a PDR would be due to be filed with the Twelfth Court of Appeals no later than thirty (30) days from this date. The Twelfth Court of Appeals would forward any PDR to the Court of Criminal Appeals. The address to the Twelfth Court of Appeals is 1517 West Front Street, Suite 354, Tyler, Texas 75702. I do not feel that grounds exist justifying the filing of a PDR in your case. While I disagree with the Court's ruling, they considered the evidence in a thorough manner in reaching their decision. Should you feel otherwise, it would be up to you to draft and file the PDR in a timely manner.

If you have any questions, please do not hesitate to contact my office.

Sincerely,

Philip C. Fletcher

PCF:jsh
Enclosure

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WOODVILLE, TX 75990

7002 1477 0004 0142 2002 7028

| | | 0801 |
|---|---|---|
| Postage | $3.45 | 03 |
| Certified Fee | $2.80 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | $0.00 | |
| | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| | $1.72 | |
| Total Postage & Fees | $ | 11/24/2015 |
| | $7.67 | |

Sent To _____

Street, Apt. No.; or PO Box No. _____

City, State, ZIP+4 _____

See Reverse for Instructions

PS Form 3800, June 2002

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brandon Williams
TDCJ# 1378120
Gib Lewis
777 FM 3497
Woodville, Tx 75990

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _V Hamilton_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name ) _V Hamilton_ C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7002 2410 0004 1477 7028

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540